USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
NAMEL NORRIS, :
:
Plaintiff, :
: 21-cv-7110 (LJL)
-v- :
: ORDER
SAKAMAI LLC, PAUL UJLAKY, MARY MOZEJKO, :
:
Defendants. :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     The parties submitted a Proposed Case Management Plan and Scheduling Order, in which they consented to conducting all further proceedings before a United States Magistrate Judge, including motions and trial.  Upon the parties' submission of a Form AO 85 (Notice, Consent, and Reference of a Civil Action to a Magistrate Judge), available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf, the Court will enter an Order of Reference referring the case to a United States Magistrate Judge and cancelling scheduled conferences before this Court.

     SO ORDERED.

Dated: November 3, 2021
       New York, New York

                                                 LEWIS J. LIMAN
                                         United States District Judge