# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

February 14, 2022

**VIA CM/ECF**
Honorable Magistrate Judge Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 20D
New York, New York 10007

        **Re:**    **Norris v. Sakamai LLC, d/b/a Saka Mai, et al.**
                  **Case 1:21-cv-07110-LJL**

Dear Judge Wang:

    Pursuant to Order [D.E. 19], The parties are directed to appear for an in-person status conference on February 16, 2022, at 11:30 a.m. Per Section 11(e) of the Rules of Individual Practices in Civil Cases, the parties are to file a joint proposed agenda for the scheduled February 16th Status Conference. The following is each party's proposed agenda.

    **Plaintiff:**

    The parties have held settlement discussions, but the matter has not been resolved. Plaintiff, therefore, respectfully requests a referral to the SDNY Mediation Program.

    **Defendants:**

    Tjong & Hsia LLP have recently been engaged by Defendant Sakamai LLC to be substitute counsel. David R. Lurie of Tjong & Hsia LLP is presently assembling a proposed consent order granting substitution of counsel, with the intention to replace DiPasquale & Summers LLP, as the latter's attorney assigned to this case has moved to Hawaii. Prior counsel conducted settlement negotiations without success.

    Newly substituted counsel has contacted Plaintiff counsel in advance of the upcoming in-person status conference in an effort to jointly submit to you a revised proposed case management plan and scheduling order for your approval. New counsel believes your order filed January 20, 2022 is based on the original draft scheduling order proposed to, but never entered by, Judge Liman, due to this case having been referred to you.

    Neither party served initial disclosures in November 2021 as the draft order had contemplated, and neither party served discovery requests or interrogatories to date either, which in the normal course were intended to follow each party's review of the other's initial disclosures. Your order only having been entered until recently, new counsel had expected to propose a revised scheduling order.

New counsel believes that it would be more efficient for the parties, and a better use of your time, to graciously permit a revision of the scheduling order that closely tracks another case in which Plaintiff has brought a similar action against another defendant also represented by David R. Lurie of Tjong & Hsia LLP.

Accordingly, Defendants propose that in lieu of an in-person status conference on February 16, 2022, that the parties jointly submit to your attention a proposed scheduling order to allow for each party to preserve its rights and remedies in connection with this case, with initial disclosures due to be served March 2, 2022, and all interrogatories and requests for production to be served by April 4, 2022.

Thank you for your attention to this matter.

Sincerely,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW 9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com