AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Namel Norris

Plaintiff (s),

V.

Sakamai LLC, et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 21-CV-07110 (OTW)

Notice is hereby given that, subject to approval by the court, __Sakamai LLC__ substitutes
(Party (s) Name)

__David Rudolph Lurie__, State Bar No. __2488807__ as counsel of record in
(Name of New Attorney)

place of __Kimberly Anne Summers of DiPasquale & Summers LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Tjong & Hsia LLP
Address: 45 Rockefeller Plaza, 20th Floor, New York, NY 10111
Telephone: (347) 651-0194     Facsimile (866) 358-7560
E-Mail (Optional): david@davidlurielaw.com, dlurie@tjonghsia.com

I consent to the above substitution.
Date: 2/14/2022
(Signature of Party (s))

I consent to being substituted.
Date: 2/14/2022
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/14/2022
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 02/16/2022
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]