**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
NAMEL NORRIS,

        Plaintiff,

        -against-

SAKAMAI LLC, et al.,

        Defendants.

------------------------------------------------------------x

21-CV-7110 (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court ordered the parties to file a joint status letter on the last Friday of each month. (ECF 28). The parties have failed to comply with this Order for the month of July. The parties are directed to file a joint status letter on August 26, 2022.

**SO ORDERED.**

Dated: August 11, 2022
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge